JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALVADOR MOLINARI, | Case No. CV 10-2444-VBF (DTB) |
| Petitioner, | **JUDGMENT** |
| vs. | |
| MATHEW CATES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: 8-3-11

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE